AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| CV 07 - (RCx) | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| HANGER CORPORATION, a company incorporated in the state of California | NATIONAL HANGER COMPANY, INC., a company incorporated in the state of Vermont |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D499,257 | 12/7/2004 | HANGER CORPORATION |
| 2 | D502,008 | 2/22/2005 | HANGER CORPORATION |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERRI R. CARTER | Verna Hogan | 1/8/08 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**P-SEND**
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hanger Corporation,  Plaintiff(s),  v.  National Hanger Company, Inc.,  Defendant(s). | NO. CV 07-3566 SJO (RCx)  **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

WHEREAS Plaintiff was given 120 days to perform service of the Summons and Complaint.

WHEREAS Plaintiff failed to execute service.

WHEREAS more than 120 days have elapsed since the Complaint was filed.

The Court hereby DISMISSES the instant case for lack of prosecution.

January 8, 2008                                     /S/

                                       S. JAMES OTERO
                                       UNITED STATES DISTRICT JUDGE